UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RONEL PANKEY, | Case No. 2:20-cv-00785-RFB-VCF |
| Petitioner, | **ORDER** |
| v. | |
| JERRY HOWELL, | |
| Respondents. | |

On April 29, 2020, Ronel Pankey, an individual incarcerated at Nevada's Southern Desert Correctional Center, filed an Application to Proceed *In Forma Pauperis* (ECF No. 1) and a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (ECF No. 1-1). Based on the information provided in the Application to Proceed *In Forma Pauperis*, the Court found that Pankey is able to pay the $5 filing fee for this action and denied the application accordingly. (ECF No. 3). The Court granted Pankey forty-five days—until June 15, 2020—to pay the filing fee but instructed that if he is unable to pay the filing fee in the time allotted, he could alternatively file another Application to Proceed *In Forma Pauperis*. Id. The Court warned that failure to comply with the order would result in dismissal of this action. Id.

Pankey did not pay the filing fee or file a new Application to Proceed *In Forma Pauperis* by the June 15, 2020, deadline. Therefore, this action will be dismissed without prejudice.

If Pankey wishes to initiate a habeas corpus action, he may do so by filing a new habeas petition to open a new case and either pay the $5 filing fee or file an Application to Proceed *In Forma Pauperis*.

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED** that Petitioner is denied a Certificate of Appealability.

**IT IS FURTHER ORDERED** that the Clerk of Court is instructed to close this case.

DATED THIS 30th day of June, 2020.

_____
RICHARD F. BOULWARE, II,
UNITED STATES DISTRICT JUDGE